KORBUT,
*Appellant,*

*v.*

EASTMAN KODAK CO. et al,
*Defendants,*

*and*

STERLING DRUG, INC.,
dba Glenbrook Laboratories et al,
*Respondents.*

(A8806-03389; CA A60749)

787 P2d 896

J. Randolph Pickett, Portland, argued the cause for appellant. With him on the briefs was J. Randolph Pickett, P.C., Portland.

Jeffrey M. Batchelor, Portland, argued the cause for respondents. With him on the brief were Laurence F. Janssen, Vivian Raits Solomon, and Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard, Portland; and Robert L. Kaufman, Kathryn M. Forgie, Rebecca D. Wynn and Haight, Brown and Bonesteel, Santa Monica, California.

Before Joseph, Chief Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

This is a wrongful death action based on defective product allegations. The death occurred in 1982. The action was brought in 1988. The trial court granted defendants a summary judgment on the basis of *Eldridge v. Eastmoreland General Hospital,* 307 Or 500, 769 P2d 775 (1989). We are bound by that decision.

Affirmed.